**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HUGO EDUARDO HERNANDEZ DELGADILLO,** | : | |
| Petitioner, | : | **CIVIL ACTION** |
| **v.** | : | |
| **TODD BLANCHE, Attorney General of the United States of America; MARKWAYNE MULLIN, Secretary of the Department of Homeland Security (DHS); and TODD LYONS, Acting Director, United States Immigration and Customs Enforcement (ICE),** | : | **No. 26-6195** |
| Respondents. | : | |

**ORDER**

**AND NOW,** this 28th day of August, 2026, it is hereby **ORDERED** that, **before 9:00 a.m. on August 31, 2026,** Respondents shall file a brief responding to Petitioner's arguments raised in ECF No. 7. Respondents shall specifically address Petitioner's arguments relating to the validity of the warrant.

BY THE COURT:

Hon. Mia R. Perez